IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

HERBERT RANDY LOGAN,

    Plaintiff,

vs.                                                                                  No. CIV 97-429 MV/JHG

INTEL CORPORATION, a Delaware corporation;
AL DOOLEY, individually and in his corporate
capacity; GAIL WOMACK, individually and in her
corporate capacity; BERNIE WILIMITIS,
individually and in his corporate capacity,

    Defendants.

## ORDER

    **THIS MATTER** is before the Court on Plaintiff's Motion to Enforce Settlement, filed March 31, 1998 **[Doc. No. 78]** and the Magistrate Judge's Memorandum Opinion and Recommendation, filed April 2, 1998 **[Doc. No. 83]**.  The Court, having reviewed the pleadings and relevant law and being otherwise fully informed, adopts the Magistrate Judge's recommendation and finds that the motion is well taken and shall be **granted**.

    **THEREFORE,**

    **IT IS HEREBY ORDERED** that Plaintiff's Motion to Enforce Settlement, filed March 31, 1998 **[Doc. No. 78]** be, and hereby is, **granted**.

                                                          MARTHA VÁZQUEZ
                                                           UNITED STATES DISTRICT JUDGE